NO. 07-03-0116-CR

       07-03-0117-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

MAY 14, 2003

______________________________

ANNA DARLENE NORTH, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_________________________________

FROM THE 242
ND
 DISTRICT COURT OF SWISHER COUNTY;

NOS. B 3667-0112, B 3368-0112; HONORABLE ED SELF, JUDGE

_______________________________

Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

MEMORANDUM OPINION

Appellant Anna Darlene North filed a Motion to Dismiss Appeal on May 13, 2003, averring that she no longer wishes to prosecute her appeals.   The Motion to Dismiss is signed by both appellant and her attorney.  

Without passing on the merits of the case, appellant’s motion for voluntary dismissal is granted and the appeals are hereby dismissed.  Tex. R. App. P. 42.2.   Having dismissed the appeals at appellant’s personal request, no motion for rehearing will be entertained and our mandate will issue forthwith.  

Phil Johnson

     Chief Justice

Do not publish.